# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

JOHN L. PERRY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 7:00-CR-12
28 U.S.C. § 2255
CASE NO. 7:08-CV-90030

## ORDER

This case is before the Court on the Recommendation of United States Magistrate Judge G. Mallon Faircloth (Doc. 559), entered on March 19, 2010. The Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 456) be denied.

Petitioner has filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636. The Court has reviewed the objection, and has made a *de novo* review of the portions of the Recommendation to which objection has been made. The Court finds the objection to be without merit.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge (Doc. 559). Petitioner's Motion to Vacate (Doc. 456) is denied. The Clerk of Court is instructed to close this case.

**SO ORDERED**, this the 20th day of September, 2010.

    /s/ Hugh Lawson
mbh/wcj    **HUGH LAWSON, SENIOR JUDGE**