# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

JOHN L. PERRY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 7:00-CR-12
28 U.S.C. § 2255
CASE NO. 7:08-CV-90030

## ORDER

This case is before the Court on Petitioner's Motion for Reconsideration (Doc. 612) of the Court's order denying his Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.

After careful review, the Court finds that reconsideration of its order is not warranted. The Motion for Reconsideration (Doc. 612) is denied.

**SO ORDERED**, this the 7th day of October, 2010.

                        *s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

wcj/mbh