# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| JOHN L. PERRY, | |
| Petitioner | |
| VS. | NO. 7:00-CR-12 (HL) |
| UNITED STATES OF AMERICA, | |
| Respondent | **O R D E R** |

Before the Court is petitioner **JOHN L. PERRY'S** notice of appeal (Tab # 635) and request for a Certificate of Appealability ("COA") (Tab # 636), from the Court's order that petitioner's 28 U.S.C. § 2255 motion be denied. Under section 2253(c)(2), a COA may issue only if the applicant makes "a substantial showing of the denial of a constitutional right." This requires a petitioner to demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." ***See Slack v. McDaniel***, 529 U.S. 473, 478 (2000).

For the reasons stated in Magistrate Judge G. Mallon Faircloth's March 19, 2010, recommendation (Tab # 559) and this Court's September 20, 2010 order (Tab # 607) accepting the same, the Court concludes reasonable jurists could not find that a dismissal of petitioner's claims was debatable or wrong. Accordingly, it is hereby **ORDERED** that petitioner's application for a COA be **DENIED**.

It is further **ORDERED** that petitioner's motion to proceed IFP on appeal (Tab # 637) be **DENIED AS MOOT**.

**SO ORDERED**, this 30th day of November, 2010.

        *s/ Hugh Lawson*
        HUGH LAWSON
        UNITED STATES DISTRICT JUDGE

cr